UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.N. et al.,

Plaintiff,

v.

State of California, et al.,

Defendant.

Case No. 1:24-cv-09447-RMI

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Defendant, State of California, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Lee H. Roistacher, Dean Gazzo Roistacher LLP

Name(s) of counsel withdrawing from representation and firm name:

Jamie Shepherd and Ashley Reyes, Office of the Attorney General

Date: ___January 8, 2025_____

**[PROPOSED] ORDER**

    The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
                                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Case Name:   **S.N., et al. v. State of California**   No.   **1:24-cv-09447**

I hereby certify that on <u>January 8, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>January 8, 2025</u>, I served a copy of the attached documents by transmitting a true copy via electronic mail, addressed as follows:

Lee H. Roistacher, Esq.
440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
**E-mail Address:**
lroistacher@deangazzo.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 8, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Cristin Rivera | *Cristin Rivera* |
| Declarant | Signature |