Nicholas R. Kloeppel, CSB #186165
Karen J. Roebuck, CSB #160915
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Email: nkloeppel@mitchelllawfirm.com

Attorneys for Defendant
DAVID BROOKS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON JR., individually and as successors-in-interest to WILLIAM NELSON, deceased; and CINDY MCKINNON, individually, | CASE NO.: 1:24-cv-09447-RMI |
| | **ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES** |
| Plaintiffs, | |
| vs. | **DEMAND FOR JURY TRIAL** |
| STATE OF CALIFORNIA; NEIL JOHNSON; DAVID BROOKS; and DOES 1-25, inclusive, | |
| Defendants. | |

Defendant DAVID BROOKS, separating himself from all other defendants, answers the First Amended Complaint for Damages ("Complaint") on file herein and, pursuant to Federal Rules of Civil Procedure, Rule 8, admits, denies and alleges as follows:

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

1

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

**JURISDICTION AND VENUE**

1.      In response to paragraph 1 of the Complaint, the answering defendant admits that jurisdiction is proper in the Northern District Court of the State of California. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

2.      In response to paragraph 2 of the Complaint, the answering defendant admits that jurisdiction is proper in the Northern District Court of the State of California. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

3.      In response to paragraph 3 of the Complaint, the answering defendant admits the claim arose in this District. This answering defendant denies he is a resident of the County of Humboldt. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

**INTRODUCTION**

4.      In response to paragraph 4 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

**PARTIES**

5.      In response to paragraph 5 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

//

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

6.      In response to paragraph 6 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

7.      In response to paragraph 7 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

8.      In response to paragraph 8 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

9.      In response to paragraph 9 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

10.      In response to paragraph 10 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

11.      In response to paragraph 11 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

12.      In response to paragraph 12 of the Complaint, the answering defendant admits on September 17, 2023, Neil Johnson was an officer of the California Highway Patrol. This answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph and on this basis generally and specifically denies them.

13.      In response to paragraph 13 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

14.     In response to paragraph 14 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

15.     In response to paragraph 15 of the Complaint, the answering defendant admits he was employed as a deputy sheriff by the Humboldt County Sheriff's Office at the time of the incident which is the subject of the Complaint. This answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph and on this basis generally and specifically denies them.

16.     In response to paragraph 16 of the Complaint, the answering defendant denies he is a resident of the County of Humboldt. This answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

17.     In response to paragraph 17 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

18.     In response to paragraph 18 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

19.     In response to paragraph 19 of the Complaint, the answering defendant is unable to admit or deny the allegations in said paragraph.

20.     In response to paragraph 20 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

21.     In response to paragraph 21 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

4

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

22.     In response to paragraph 22 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

23.     In response to paragraph 23 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

24.     In response to paragraph 24 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

25.     In response to paragraph 25 of the Complaint, the answering defendant admits the incident that is the subject of the Complaint occurred on September 17, 2023. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

26.     In response to paragraph 26 of the Complaint, this answering defendant admits he was previously employed as a deputy sheriff by the Humboldt County Sheriff's Office. Further responding, the answering defendant denies the remaining allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

27.     In response to paragraph 27 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

5

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

28.    In response to paragraph 28 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

29.    In response to paragraph 29 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

30.    In response to paragraph 30 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

31.    In response to paragraph 31 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

32.    In response to paragraph 32 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

33.    In response to paragraph 33 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

34.    In response to paragraph 34 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

35.    In response to paragraph 35 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

36.    In response to paragraph 36 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

37.    In response to paragraph 37 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

6

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

remaining allegations of said paragraph, and on this basis generally and specifically denies them.

38.    In response to paragraph 38 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

39.    In response to paragraph 39 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

40.    In response to paragraph 40 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

41.    In response to paragraph 41 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

42.    In response to paragraph 42 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

43.    In response to paragraph 43 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## **FIRST CLAIM FOR RELIEF**

**Fourth Amendment – Unreasonable Search and Seizure/Detention and Arrest**

**(42 U.S.C. § 1983)**

(Plaintiffs S.N., CHE-SHEP NESLON [sic], KE-GAT NELSON, and WILLIAM NELSON JR. against JOHNSON and BROOKS)

44.    In response to paragraph 44 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

45.    In response to paragraph 45 of the Complaint, the answering defendant admits the incident that is the subject of the Complaint occurred on September 17, 2023. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

46.    In response to paragraph 46 of the Complaint, this answering defendant admits he was previously employed as a deputy sheriff by the Humboldt County Sheriff's Office. Further responding, the answering defendant denies the remaining allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

47.    In response to paragraph 47 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

48.    In response to paragraph 48 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

49.    In response to paragraph 49 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

50.    In response to paragraph 50 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

8

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1    remaining allegations of said paragraph, and on this basis generally and specifically

2    denies them.

3        51.     In response to paragraph 51 of the Complaint, the answering defendant

4    denies the allegations as to the answering defendant set forth in this paragraph. The

5    answering defendant lacks sufficient information and knowledge to respond to the

6    remaining allegations of said paragraph, and on this basis generally and specifically

7    denies them.

8        52.     In response to paragraph 52 of the Complaint, the answering defendant

9    denies the allegations as to the answering defendant set forth in this paragraph. The

10   answering defendant lacks sufficient information and knowledge to respond to the

11   remaining allegations of said paragraph, and on this basis generally and specifically

12   denies them.

13       53.     In response to paragraph 53 of the Complaint, the answering defendant

14   denies the allegations as to the answering defendant set forth in this paragraph. The

15   answering defendant lacks sufficient information and knowledge to respond to the

16   remaining allegations of said paragraph, and on this basis generally and specifically

17   denies them.

18       54.     In response to paragraph 54 of the Complaint, the answering defendant

19   denies the allegations as to the answering defendant set forth in this paragraph. The

20   answering defendant lacks sufficient information and knowledge to respond to the

21   allegations of said paragraph, and on this basis generally and specifically denies them.

22       55.     In response to paragraph 55 of the Complaint, the answering defendant

23   lacks sufficient information and knowledge to respond to the allegations of said

24   paragraph, and on this basis generally and specifically denies them.

25   //

26   //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

9

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1

<u>**SECOND CLAIM FOR RELIEF**</u>

2

**Fourth Amendment – Excessive Force (42 U.S.C. § 1983)**

3

(Plaintiffs S.N., CHE-SHEP NESLON [sic], KE-GAT NELSON, and WILLIAM

4

NELSON JR. against JOHNSON)

5      56.    In response to paragraph 56 of the Complaint, the answering defendant is

6  not named in the Second Claim for Relief. In further response to paragraph 56 of the

7  Complaint, the answering defendant re-alleges and incorporates as if fully stated herein

8  all paragraphs of this answer as if fully set forth herein.

9      57.    In response to paragraph 57 of the Complaint, the answering defendant is

10 not named in the Second Claim for Relief. In further response to paragraph 57 of the

11 Complaint, the answering defendant admits the incident that is the subject of the

12 Complaint occurred on September 17, 2023. The answering defendant lacks sufficient

13 information and knowledge to respond to the remaining allegations of said paragraph,

14 and on this basis generally and specifically denies them.

15     58.    In response to paragraph 58 of the Complaint, the answering defendant is

16 not named in the Second Claim for Relief. In further response to paragraph 58 of the

17 Complaint, the answering defendant denies the allegations set forth in this paragraph.

18     59.    In response to paragraph 59 of the Complaint, the answering defendant is

19 not named in the Second Claim for Relief. In further response to paragraph 59 of the

20 Complaint, the answering defendant lacks sufficient information or knowledge to respond

21 to the allegations of said paragraph, and on this basis generally and specifically denies

22 them.

23     60.    In response to paragraph 60 of the Complaint, the answering defendant is

24 not named in the Second Claim for Relief. In further response to paragraph 60 of the

25 Complaint, the answering defendant denies the allegations set forth in this paragraph.

26 //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

10

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

61.     In response to paragraph 61 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 61 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

62.     In response to paragraph 62 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 62 of the Complaint, answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

63.     In response to paragraph 63 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 63 of the Complaint, answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

64.     In response to paragraph 64 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 64 of the Complaint, answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

65.     In response to paragraph 65 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 65 of the Complaint, answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

66.     In response to paragraph 66 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 66 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

67.     In response to paragraph 67 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 67 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

68.     In response to paragraph 68 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 68 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

69.     In response to paragraph 69 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 69 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

70.     In response to paragraph 70 of the Complaint, the answering defendant is not named in the Second Claim for Relief. In further response to paragraph 70 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## THIRD CLAIM FOR RELIEF

**Fourth Amendment – Failure to Intercede in Excessive Force (42 U.S.C. § 1983)**

(Plaintiffs S.N., CHE-SHEP NESLON [sic], KE-GAT NELSON, and WILLIAM NELSON JR. against BROOKS)

//

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

12

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

71.     In response to paragraph 71 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

72.     In response to paragraph 72 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

73.     In response to paragraph 73 of the Complaint, this answering defendant admits he was previously employed as a deputy sheriff by the Humboldt County Sheriff's Office. Further responding, the answering defendant denies the remaining allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

74.     In response to paragraph 74 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

75.     In response to paragraph 75 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

76.     In response to paragraph 76 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

77.     In response to paragraph 77 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

78.     In response to paragraph 78 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

13

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

79.     In response to paragraph 79 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

80.     In response to paragraph 80 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

81.     In response to paragraph 81 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

82.     In response to paragraph 82 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

83.     In response to paragraph 83 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

84.     In response to paragraph 84 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

85.     In response to paragraph 85 of the Complaint, the answering defendant denies the allegations set forth in this paragraph.

86.     In response to paragraph 86 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## **FOURTH CLAIM FOR RELIEF**

### **Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

(Plaintiffs S.N., CHE-SHEP NESLON [sic], KE-GAT NELSON, and WILLIAM NELSON JR. against JOHNSON, DOES 1-7, BROOKS)

87.     In response to paragraph 87 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

14

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

88.     In response to paragraph 88 of the Complaint, the answering defendant lacks sufficient information or knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

89.     In response to paragraph 89 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

90.     In response to paragraph 90 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

91.     In response to paragraph 91 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

92.     In response to paragraph 92 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

93.     In response to paragraph 93 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

15

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

94.     In response to paragraph 94 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. This answering defendant lacks sufficient information or knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

95.     In response to paragraph 95 of the Complaint, the answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## FIFTH CLAIM FOR RELIEF

### Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983)

(All Plaintiffs against JOHNSON and DOES 1-7)

96.     In response to paragraph 96 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 96 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

97.     In response to paragraph 97 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 97 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

98.     In response to paragraph 98 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 98 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

16

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

99.     In response to paragraph 99 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 99 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

100.     In response to paragraph 100 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 100 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

101.     In response to paragraph 101 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 101 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

102.     In response to paragraph 102 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 102 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

103.     In response to paragraph 103 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 103 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

17

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

104.    In response to paragraph 104 of the Complaint, the answering defendant is not named in the Fifth Claim for Relief. In further response to paragraph 104 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## SIXTH CLAIM FOR RELIEF

### False Arrest/False Imprisonment

(By Plaintiffs against Defendants JOHNSON, DOES 1-10, STATE)

105.    In response to paragraph 105 of the Complaint, the answering defendant is not named in the Sixth Claim for Relief. In further response to paragraph 105 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

106.    In response to paragraph 106 of the Complaint, the answering defendant is not named in the Sixth Claim for Relief. In further response to paragraph 106 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

107.    In response to paragraph 107 of the Complaint, the answering defendant is not named in the Sixth Claim for Relief. In further response to paragraph 107 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

108.    In response to paragraph 108 of the Complaint, the answering defendant is not named in the Sixth Claim for Relief. In further response to paragraph 108 of the Complaint, this answering defendant lacks sufficient information and knowledge to

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

18

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1    respond to the allegations of said paragraph, and on this basis generally and specifically

2    denies them.

3        109.    In response to paragraph 109 of the Complaint, the answering defendant is

4    not named in the Sixth Claim for Relief. In further response to paragraph 109 of the

5    Complaint, this answering defendant lacks sufficient information and knowledge to

6    respond to the allegations of said paragraph, and on this basis generally and specifically

7    denies them.

8        110.    In response to paragraph 110 of the Complaint, the answering defendant is

9    not named in the Sixth Claim for Relief. In further response to paragraph 110 of the

10   Complaint, this answering defendant lacks sufficient information and knowledge to

11   respond to the allegations of said paragraph, and on this basis generally and specifically

12   denies them.

13       111.    In response to paragraph 111 of the Complaint, the answering defendant is

14   not named in the Sixth Claim for Relief. In further response to paragraph 111 of the

15   Complaint, this answering defendant lacks sufficient information and knowledge to

16   respond to the allegations of said paragraph, and on this basis generally and specifically

17   denies them.

18       112.    In response to paragraph 112 of the Complaint, the answering defendant is

19   not named in the Sixth Claim for Relief. In further response to paragraph 112 of the

20   Complaint, this answering defendant lacks sufficient information and knowledge to

21   respond to the allegations of said paragraph, and on this basis generally and specifically

22   denies them.

23       113.    In response to paragraph 113 of the Complaint, the answering defendant is

24   not named in the Sixth Claim for Relief. In further response to paragraph 113 of the

25   Complaint, this answering defendant lacks sufficient information and knowledge to

26   //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

19

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1   respond to the allegations of said paragraph, and on this basis generally and specifically

2   denies them.

3       114.    In response to paragraph 114 of the Complaint, the answering defendant is

4   not named in the Sixth Claim for Relief. In further response to paragraph 114 of the

5   Complaint, this answering defendant lacks sufficient information and knowledge to

6   respond to the allegations of said paragraph, and on this basis generally and specifically

7   denies them.

8                        **SEVENTH CLAIM FOR RELIEF**

9                                **Battery**

10          (By Plaintiffs against Defendants JOHNSON, DOES 1-10, STATE)

11      115.    In response to paragraph 115 of the Complaint, the answering defendant is

12  not named in the Seventh Claim for Relief. In further response to paragraph 115 of the

13  Complaint, the answering defendant re-alleges and incorporates as if fully stated herein

14  all paragraphs of this answer as if fully set forth herein.

15      116.    In response to paragraph 116 of the Complaint, the answering defendant is

16  not named in the Seventh Claim for Relief. In further response to paragraph 116 of the

17  Complaint, this answering defendant lacks sufficient information and knowledge to

18  respond to the allegations of said paragraph, and on this basis generally and specifically

19  denies them.

20      117.    In response to paragraph 117 of the Complaint, the answering defendant is

21  not named in the Seventh Claim for Relief. In further response to paragraph 117 of the

22  Complaint, the answering defendant denies the allegations as to the answering defendant

23  set forth in this paragraph. The answering defendant lacks sufficient information and

24  knowledge to respond to the remaining allegations of said paragraph, and on this basis

25  generally and specifically denies them.

26  //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

20

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

118.    In response to paragraph 118 of the Complaint, the answering defendant is not named in the Seventh Claim for Relief. In further response to paragraph 118 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

119.    In response to paragraph 119 of the Complaint, the answering defendant is not named in the Seventh Claim for Relief. In further response to paragraph 119 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

120.    In response to paragraph 120 of the Complaint, the answering defendant is not named in the Seventh Claim for Relief. In further response to paragraph 120 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## EIGHTH CLAIM FOR RELIEF

### Negligence

(Plaintiffs against STATE, JOHNSON, and DOES 1-10)

121.    In response to paragraph 121 of the Complaint, the answering defendant is not named in the Eighth Claim for Relief. In further response to paragraph 121 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

122.    In response to paragraph 122 of the Complaint, the answering defendant is not named in the Eighth Claim for Relief. In further response to paragraph 122 of the Complaint, this answering defendant lacks sufficient information and knowledge to

//

respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

123.    In response to paragraph 123 of the Complaint, the answering defendant is not named in the Eighth Claim for Relief. In further response to paragraph 123 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

124.    In response to paragraph 124 of the Complaint, the answering defendant is not named in the Eighth Claim for Relief. In further response to paragraph 124 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

125.    In response to paragraph 125 of the Complaint, the answering defendant is not named in the Eighth Claim for Relief. In further response to paragraph 125 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

126.    In response to paragraph 126 of the Complaint, the answering defendant is not named in the Eighth Claim for Relief. In further response to paragraph 126 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

//

//

//

# NINTH CLAIM FOR RELIEF

## Violation of Cal. Civil Code § 52.1

(By Plaintiffs S.N., CHE-SHEP NESLON [sic], KE-GAT NELSON, and WILLIAM

NELSON JR. against STATE, JOHNSON, and DOES 1-10)

127. In response to paragraph 127 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 127 of the Complaint, the answering defendant re-alleges and incorporates as if fully stated herein all paragraphs of this answer as if fully set forth herein.

128. In response to paragraph 128 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 128 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

129. In response to paragraph 129 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 129 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them

130. In response to paragraph 130 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 130 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them

131. In response to paragraph 131 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 131 of the Complaint, the answering defendant denies the allegations as to the answering defendant

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

23

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

1  set forth in this paragraph. The answering defendant lacks sufficient information and
2  knowledge to respond to the remaining allegations of said paragraph, and on this basis
3  generally and specifically denies them.

4      132.   In response to paragraph 132 of the Complaint, the answering defendant is
5  not named in the Ninth Claim for Relief. In further response to paragraph 132 of the
6  Complaint, this answering defendant lacks sufficient information and knowledge to
7  respond to the allegations of said paragraph, and on this basis generally and specifically
8  denies them.

9      133.   In response to paragraph 133 of the Complaint, the answering defendant is
10 not named in the Ninth Claim for Relief. In further response to paragraph 133 of the
11 Complaint, the answering defendant denies the allegations as to the answering defendant
12 set forth in this paragraph. The answering defendant lacks sufficient information and
13 knowledge to respond to the remaining allegations of said paragraph, and on this basis
14 generally and specifically denies them.

15     134.   In response to paragraph 134 of the Complaint, the answering defendant is
16 not named in the Ninth Claim for Relief. In further response to paragraph 134 of the
17 Complaint, the answering defendant denies the allegations as to the answering defendant
18 set forth in this paragraph. The answering defendant lacks sufficient information and
19 knowledge to respond to the remaining allegations of said paragraph, and on this basis
20 generally and specifically denies them.

21     135.   In response to paragraph 135 of the Complaint, the answering defendant is
22 not named in the Ninth Claim for Relief. In further response to paragraph 135 of the
23 Complaint, this answering defendant lacks sufficient information and knowledge to
24 respond to the allegations of said paragraph, and on this basis generally and specifically
25 denies them.

26 //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

24

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

136.    In response to paragraph 136 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 136 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

137.    In response to paragraph 137 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 137 of the Complaint, the answering defendant denies the allegations as to the answering defendant set forth in this paragraph. The answering defendant lacks sufficient information and knowledge to respond to the remaining allegations of said paragraph, and on this basis generally and specifically denies them.

138.    In response to paragraph 138 of the Complaint, the answering defendant is not named in the Ninth Claim for Relief. In further response to paragraph 138 of the Complaint, this answering defendant lacks sufficient information and knowledge to respond to the allegations of said paragraph, and on this basis generally and specifically denies them.

## **AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the Complaint, and each cause of action therein, fails to state facts sufficient to constitute a cause of action;

AS AND FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that plaintiffs or plaintiffs' decedent were at fault in and about the matters referred to in the Complaint and plaintiffs or plaintiffs' decedent failed to exercise ordinary care, caution, or prudence for their/his own protection. The resulting injuries and damages, if any, plaintiffs sustained were //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

25

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

proximately caused by plaintiffs' or plaintiffs' decedent's carelessness, negligence, or other fault, and plaintiffs' recovery, if any, must be reduced or eliminated accordingly;

AS AND FOR A THIRD SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that third persons or entities, other than the answering defendant, are responsible, in whole or in part, for plaintiffs' injuries and damages, if any, and therefore, the answering defendant's liability, if any, must be assessed in proportion to the liability of the other responsible parties, and that the answering defendant cannot be liable for more than his proportionate share of plaintiffs' non-economic damages, pursuant to California Civil Code section 1431.2 and related provisions;

AS AND FOR A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that plaintiffs have failed to take reasonable and adequate steps to mitigate their damages and plaintiffs' recovery must be reduced accordingly;

AS AND FOR A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, and by way of pleading comparative fault, the answering defendant alleges that the plaintiffs or plaintiffs' decedent were careless and negligent concerning the matters set forth in the complaint, and the injuries and damages incurred by plaintiffs, if any, were caused, in whole or in part, by the plaintiffs' or plaintiffs' decedent's negligence;

AS AND FOR A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that plaintiffs or plaintiffs' decedent assumed the risk of injury, expressly or by operation of law, thereby barring any recovery of damages from this answering defendant;

AS AND FOR A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that plaintiffs have waived any

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

26

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

claims that they may have against the answering defendant by way of their known

actions;

AS AND FOR AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, the

answering defendant alleges on information and belief that plaintiffs' claims are barred

by the doctrine of unclean hands;

AS AND FOR A NINTH SEPARATE AND AFFIRMATIVE DEFENSE, the

answering defendant alleges on information and belief that plaintiffs have released any

and all claims they may have against the answering defendant by way of an expressed or

implied release of such claims;

AS AND FOR A TENTH SEPARATE AND AFFIRMATIVE DEFENSE, the

answering defendant alleges on information and belief that this Complaint, and each

cause of action set forth therein, are barred by the doctrine of laches;

AS AND FOR AN ELEVENTH SEPARATE AND AFFIRMATIVE DEFENSE,

the answering defendant alleges on information and belief that he is entitled to

indemnity, express and equitable, and/or contribution from other parties named herein,

as well as parties not yet named, in accordance with the principles of indemnity and

contribution;

AS AND FOR A TWELFTH SEPARATE AND AFFIRMATIVE DEFENSE, the

answering defendant alleges on information and belief that plaintiffs' expenses for past

medical care and services have been paid by plaintiffs or by another independent source,

and the maximum amount plaintiffs may recover for that care is the amount paid and

accepted as payment in full by the medical care provider, despite the fact that it is less

than the prevailing market rate or rates otherwise charged by the provider for that same

care or those same services;

AS AND FOR A THIRTEENTH SEPARATE AND AFFIRMATIVE

DEFENSE, the answering defendant alleges on information and belief that plaintiffs are

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

27

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI

estopped from seeking any recovery from the answering defendant by reason of their own conduct or the conduct of plaintiffs' decedent;

AS AND FOR A FOURTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the answering defendant is entitled to absolute immunity and/or qualified immunity from liability based on his good faith in the propriety of his actions and the reasonable grounds for those beliefs, including the fact he did not violate any clearly established law;

AS AND FOR A FIFTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the answering defendant's acts were privileged under applicable statutes and case law;

AS AND FOR A SIXTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that plaintiffs or plaintiffs' decedent were the sole and proximate cause of the happening of the incident and the resultant alleged injuries and damages to plaintiffs, if any there be;

AS AND FOR A SEVENTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that pursuant to California Government Code section 985, any judgment entered herein may be reduced for collateral source payments paid or obligated to be paid for services or benefits that were provided prior to the commencement of trial;

AS AND FOR AN EIGHTEENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the Complaint is barred in that any actions by the answering defendant were the result of legitimate, justifiable exercise of police power which was exercised under the pressure of public necessity;

//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

28

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

AS AND FOR A NINETEENTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the Complaint, and each cause of action set forth therein, are barred because at all times relevant, defendant acted reasonably, and in good faith and without oppression, fraud, or malice based upon all relevant facts and circumstances noted by defendant at the time he acted;

AS AND FOR A TWENTIETH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the Complaint, and each of the causes of action alleged therein, are barred by the statute of limitations applicable to actions brought under 42 U.S.C. § 1983 and state law, including, but not limited to, California Code of Civil Procedure sections 335.1 and 352.1;

AS AND FOR A TWENTY-FIRST SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges that the acts alleged in the Complaint did not actually cause the injuries complained of by Plaintiffs. As such, defendant is not liable for the injuries complained of herein;

AS AND FOR A TWENTY-SECOND SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges that there is no proximate causation to link the injuries complained of by plaintiffs with any actions on the part of defendant, if any there may be, as alleged in the Complaint. As such, defendant is not liable for the injuries complained of;

AS AND FOR A TWENTY-THIRD SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that plaintiffs' Complaint, and each cause of action stated therein, are barred because defendant did not deprive plaintiffs of any constitutional rights, did not set in motion a series of acts by a subordinate or refuse to terminate a series of acts by a subordinate, did not enact

///

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

29

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1  policies, customs or practices, did not fail to train, and did not ratify any purported

2  unconstitutional conduct;

3       AS AND FOR A TWENTY-FOURTH SEPARATE AND AFFIRMATIVE

4  DEFENSE, answering defendant alleges on information and belief that plaintiffs'

5  Complaint, and each cause of action or claim contained therein, is barred by California

6  Government Code sections 815, 815.2(b) and related provisions, 815.6, 818.2, 818.8,

7  820.6, 820.2, 820.25, 820.4, 820.8, 821, 822.2, 835a, 836, 844.6, 845, 845.2, 845.6,

8  845.8, 846, 847 and California Penal Code sections 834, 834a, 835, 835a, 836, 836.5,

9  and 840.

10       AS AND FOR A TWENTY-FIFTH SEPARATE AND AFFIRMATIVE

11  DEFENSE, the answering defendant alleges on information and belief that plaintiffs'

12  Complaint, and each cause of action stated therein, are barred by the doctrine of issue

13  preclusion or collateral estoppel;

14       AS AND FOR A TWENTY-SIXTH SEPARATE AND AFFIRMATIVE

15  DEFENSE, the answering defendant alleges on information and belief that the

16  answering defendant is entitled to qualified immunity from liability on the ground that

17  any purported violation of any right was not clearly established;

18       AS AND FOR A TWENTY-SEVENTH SEPARATE AND AFFIRMATIVE

19  DEFENSE, the answering defendant alleges on information and belief that the conduct

20  of plaintiffs, plaintiffs' decedent or third parties constituted intervening and superseding

21  cause(s) for plaintiffs' claimed injuries and, as a result, defendant is not liable;

22       AS AND FOR A TWENTY-EIGHTH SEPARATE AND AFFIRMATIVE

23  DEFENSE, the answering defendant alleges on information and belief that no relief may

24  be obtained under the Complaint, by virtue of the fact that any injury, damages or loss

25  allegedly sustained by plaintiffs, if any, was a direct and proximate result of their

26  decedents' own intentional conduct and actions;

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

30

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1    AS AND FOR A TWENTY-NINTH SEPARATE AND AFFIRMATIVE

2    DEFENSE, answering defendant alleges on information and belief that plaintiffs'

3    damages, if any, are barred because plaintiffs' injuries and damages were unforeseeable;

4    AS AND FOR A THIRTIETH SEPARATE AND AFFIRMATIVE DEFENSE,

5    this answering defendant alleges on information and belief, to the extent any state claim

6    is advanced by plaintiff, it is made outside the time frame of six (6) months prior to the

7    submission of an administrative claim, and plaintiff failed to comply with the applicable

8    provisions of Government Code §§ 900, et seq., and 911 et seq., including, but not

9    limited to, Government Code §§ 911.2, 945.4, 945.6 (a)(1) and (2), by failing to present

10   a timely claim and/or failing to timely file an action after notice of rejection of a claim;

11   AS AND FOR A THIRTY-FIRST SEPARATE AND AFFIRMATIVE

12   DEFENSE, the answering defendant alleges on information and belief plaintiffs have

13   been denied no federally protected civil right without due process of law, since due

14   process exists in the form of adequate remedies at law;

15   AS AND FOR A THIRTY-SECOND SEPARATE AND AFFIRMATIVE

16   DEFENSE, the answering defendant alleges on information and belief the answering

17   defendant's acts were reasonable and/or did not constitute deliberate indifference which

18   shocks the conscious within the meaning of the Fourteenth Amendment and cases which

19   interpret it;

20   AS AND FOR A THIRTY-THIRD SEPARATE AND AFFIRMATIVE

21   DEFENSE, the answering defendant alleges on information and belief that the

22   answering defendant, his agents, servants, and representatives, did not engage in any

23   policy or practice violative of the civil rights of the plaintiffs or plaintiffs' decedent;

24   AS AND FOR A THIRTY-FOURTH SEPARATE AND AFFIRMATIVE

25   DEFENSE, the answering defendant alleges on information and belief that plaintiffs'

26   maintenance of this action is frivolous, vexatious, and unreasonable, thereby entitling

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

31

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1  the defendant to sanctions and appropriate remedies, including without limitation

2  attorneys' fees, against plaintiff;

3      AS AND FOR A THIRTY-FIFTH SEPARATE AND AFFIRMATIVE

4  DEFENSE, the answering defendant alleges on information and belief that plaintiffs

5  lack standing to seek the relief sought in the Complaint.

6      AS AND FOR A THIRTY-SIXTH SEPARATE AND AFFIRMATIVE

7  DEFENSE, the answering defendant alleges on information and belief that plaintiffs'

8  Complaint is barred by the doctrine of avoidable consequences.

9      AS AND FOR A THIRTY-SEVENTH SEPARATE AND AFFIRMATIVE

10 DEFENSE, the answering defendant alleges on information and belief that plaintiffs'

11 Complaint does not rise to the level of a constitutional statutory violation.

12     AS AND FOR A THIRTY-EIGHTH SEPARATE AND AFFIRMATIVE

13 DEFENSE, the answering defendant alleges on information and belief that defendant

14 cannot be held vicariously liable for the acts of others under 42 U.S.C. §1983.

15     AS AND FOR A THIRTY-NINTH SEPARATE AND AFFIRMATIVE

16 DEFENSE, the answering defendant alleges on information and belief that plaintiffs'

17 claims, and each of them, are barred by the doctrines of express or implied consent.

18     AS AND FOR A FORTIETH SEPARATE AND AFFIRMATIVE DEFENSE,

19 the answering defendant alleges on information and belief that there were intervening

20 and/or superseding causes.

21     AS AND FOR A FORTY-FIRST SEPARATE AND AFFIRMATIVE

22 DEFENSE, the answering defendant alleges on information and belief that plaintiffs

23 have been denied no federally protected civil right without due process of law, since due

24 process exists in the form of adequate remedies at law.

25 //

26 //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

32

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1    AS AND FOR A FORTY-SECOND SEPARATE AND AFFIRMATIVE

2 DEFENSE, the answering defendant alleges on information and belief that to the extent

3 plaintiffs suffered any detriment, such was unavoidable.

4    AS AND FOR A FORTY-THIRD SEPARATE AND AFFIRMATIVE

5 DEFENSE, the answering defendant alleges on information and belief that the

6 answering defendant did not owe a duty of care to plaintiffs and did not have a special

7 relationship to any person alleged in the Complaint so as to give rise to any duty running

8 to any person.

9    AS AND FOR A FORTY-FOURTH SEPARATE AND AFFIRMATIVE

10 DEFENSE, the answering defendant alleges on information and belief that this

11 answering defendant had no duty to administer medical aid or assistance to plaintiffs or

12 plaintiffs' decedent and, to the extent that any such duty existed, that the answering

13 defendant acted reasonably and without gross negligence or deliberate indifference.

14    AS AND FOR A FORTY-FIFTH SEPARATE AND AFFIRMATIVE

15 DEFENSE, the answering defendant alleges on information and belief that all actions

16 taken during the incident complained of were taken in response to an emergency

17 situation.

18    AS AND FOR A FORTY-SIXTH SEPARATE AND AFFIRMATIVE

19 DEFENSE, the answering defendant alleges on information and belief that the

20 answering defendant did not act with malicious intent to deprive any person of a

21 constitutional right or to cause injury, and there is not liable.

22    AS AND FOR A FORTY-SEVENTH SEPARATE AND AFFIRMATIVE

23 DEFENSE, the answering defendant alleges on information and belief that the

24 answering defendant's conduct occurred in the proper exercise of the officer's job duties

25 and police powers without malice or intent to deprive any person of any right arising

26 //

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

33

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

under the Constitution or laws of the United States or State of California, or to do any person any other injury.

AS AND FOR A FORTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that the answering defendant will be entitled to reasonable attorneys' fees and costs of suit upon prevailing within the meaning of 42 U.S.C. § 1988.

AS AND FOR A FORTY-NINTH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that each defendant acted independently and not in association or concert with or as agent or servant of any other defendant, including any sued herein under fictitious names, or of the employees or agents of other defendants.

AS AND FOR A FIFTIETH SEPARATE AND AFFIRMATIVE DEFENSE, the answering defendant alleges on information and belief that answering defendant was at all times acting within the course and scope of duty of public employment.

Defendant cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory allegations contained in the Complaint. Accordingly, defendant reserves the right to assert additional defenses if and to the extent such affirmative defenses become applicable.

//
//
//
//
//
//
//
//

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

34

**ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## PRAYER FOR RELIEF

WHEREFORE, defendant requests that plaintiffs take nothing by way of their Complaint herein, that defendant have judgment against plaintiffs, and further requests costs incurred and such other relief as the court may deem proper.

DATED: January 10, 2025          THE MITCHELL LAW FIRM, LLP


By:   /s/ Nicholas R. Kloeppel
Nicholas R. Kloeppel
Attorneys for Defendant DAVID BROOKS

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues triable to a jury.

DATED: January 10, 2025          THE MITCHELL LAW FIRM, LLP


By:   /s/ Nicholas R. Kloeppel
Nicholas R. Kloeppel
Attorneys for Defendant DAVID BROOKS

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

35

ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES – 1:24-cv-09447-RMI