UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.N. et al.,

Plaintiff,

v.

State of California, et al.,

Defendant.

Case No. 1:24-cv-09447-RMI

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) Defendant, State of California, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Lee H. Roistacher, Dean Gazzo Roistacher LLP

Name(s) of counsel withdrawing from representation and firm name:

Jamie Shepherd and Ashley Reyes, Office of the Attorney General

Date: ___January 8, 2025_____

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: January 27, 2025_____   _____

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE