Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (Bar No. 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,* S,N., et al.,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 3:24-cv-09447-WHO <br><br> Assigned to: <br> Hon. District Judge William H. Orrick <br><br> **CERTIFICATE OF SERVICE OF CASE MANAGEMENT ORDER** |

**TO THIS HONORABLE COURT:**

In accordance with this Court's Order (Dkt. 16), Plaintiffs S.N., Chee-Shep Nelson, Ke-Gat Nelson, William Nelson, Jr., and Cindy McKinnon hereby submit their proof of service of the Court's Case Management Order (Dkt. 16) on Defendants State of California and Neil Johnson, by and through their counsel of record, attached hereto as Exhibit A.

Respectfully submitted,

DATED: March 4. 2025          LAW OFFICES OF DALE K. GALIPO

                              By: *s/ Renee V. Masongsong*
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Attorney for Plaintiffs

-1-                                            Case No. 3:24-cv-09447-WHO
**CERTIFICATE OF SERVICE OF CASE MANAGEMENT ORDER**

# EXHIBIT A

# PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Alejandro Monguia, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On March 4, 2025, I served the foregoing document described as **CASE MANAGEMENT CONFERENCE ORDER (DKT. 16)** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof as an attachment to an electronic mail message and addressed as indicated below.

### METHOD OF SERVICE

☒ (BY ELECTRONIC SERVICE) I sent the foregoing document(s) via electronic transmittal to the e-mail addresses listed below as registered with this court's case management/electronic court filing system.

> Lee H. Roistacher, Esq
> lroistacher@deangazzo.com
> Brooke M. Mesner, Esq.
> bmesner@deangazzo.com
> cc: mkilcrease@deangazzo.com
> DEAN GAZZO ROISTACHER LLP
> 440 Stevens Ave., Suite 100
> Solana Beach, CA 92075

Attorneys for Defendants State of California, by and through the California Highway Patrol, and Neil Johnson

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 4, 2025, at Woodland Hills, California.



Alejandro Monguia

PROOF OF SERVICE