Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs,* S,N., et al.,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| S.N., et al., | Case No. 3:24-cv-09447-WHO |
|---|---|
| Plaintiffs, | Assigned to: Hon. District Judge William H. Orrick |
| vs. | |
| STATE OF CALIFORNIA, et al., | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | [CIVIL L.R. 3-15] |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 12, 2025            LAW OFFICES OF DALE K. GALIPO

                                 By: *s/ Dale K. Galipo*
                                 ─────────────────────────
                                 Dale K. Galipo
                                 Renee V. Masongsong
                                 Attorney for Plaintiffs