# EXHIBIT 1

Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
       bmesner@deangazzo.com

Attorneys for Defendants
State of California and Officer Neil Johnson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, deceased; and CINDY MCKINNON, individually,<br><br>       Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA; NEIL JOHNSON; DAVID BROOKS,<br><br>       Defendants. | Case No.:  3:24-cv-09447-WHO<br><br>**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF STIPULATED PROTECTIVE ORDER**<br><br>Courtroom:   2<br>Judge:      Hon. William H. Orrick<br><br>Complaint Filed: October 14, 2024<br>Trial Date: None set |

I, Lee H. Roistacher, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California.  I am also a partner at the law firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendants State of California and Officer Neil Johnson in this matter.  I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

2.     The parties utilized the Model Protective Order in accordance with the Court's Standing Order. The parties departed from the Model Order in Section 5 to add language that protects electronically stored and transmitted files.

///

3.      The additional paragraph in Section 5 Manner and Timing of Designation states: "For electronically stored and transmitted files, the Designating Party must include in the file name the "CONFIDENTIAL" designation. Any party reproducing electronically stored and transmitted materials (e.g., printing copies) not already designated "CONFIDENTIAL" shall label the material "CONFIDENTIAL" before using or transmitting the material."

4.      The redline version of the Protective Order is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2025.


*/s/ Lee H. Roistacher*
Lee H. Roistacher, declarant