UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** April 1, 2025 | **Time:** 14 minutes 2:11 p.m. to 2:25 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-09447-WHO | **Case Name:** N. v. State of California | |

**Attorneys for Plaintiff:** Dale K. Galipo and Renee Masongsong
**Attorneys for State and Johnson:** Lee Harris Roistacher and Brooke M. Mesner
**Attorney for Brooks:** Nicholas R. Kloeppel

| **Deputy Clerk:** Jean Davis | **Court Reporter:** Marla Knox |
|---|---|

PROCEEDINGS

Case management conference conducted via videoconference. The Court queries parties as to the implications of the pending criminal investigation. The Court directs that discovery should proceed on everything not directly impacted by the investigation. Setting of a trial schedule will be postponed until the next CMC.

**Further Case Management Conference set for October 7, 2025 at 2:00 p.m**. Joint case statement due September 30, 2025