UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** October 7, 2025 | **Time:** 8 minutes 2:51 p.m. to 2:59 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 24-cv-09447-WHO | **Case Name:** N. v. State of California | |

**Attorney for Plaintiff:**   Renee Valentine
**Attorneys for State:**   Lee H. Roistacher and Brooke M. Mesner
**Attorney for Brooks:**   Nicholas R. Kloeppel

**Deputy Clerk:** Jean Davis          **Court Reporter:** Electronic recording

**PROCEEDINGS**

Case Management Conference conducted via videoconference. The parties' proposed schedule is adopted with the modifications noted below. Progress in the case has been delayed by pending investigation by the California Department of Justice which prevents the deposition of the involved police officer. As such, ADR will not be ordered at this time.

**Further Case Management Conference set for April 7, 2026 at 2:00 p.m.** Case management statement due March 31, 2026.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | March 6, 2026 |
| **Fact discovery cutoff:** | September 25, 2026 |
| **Expert disclosure:** | October 23, 2026 |
| **Expert rebuttal:** | November 20, 2026 |
| **Expert discovery cutoff:** | December 21, 2026 |
| **Dispositive Motions heard by:** | April 21, 2027 |
| **Pretrial Conference:** | August 9, 2027 at 2:00 p.m. |
| **Trial:** | September 7, 2027 at 8:30 a.m.  by Jury |