Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,* S,N., et al.,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al., | Case No. 3:24-cv-09447-WHO |
| Plaintiffs, | Assigned to:<br>Hon. District Judge William H. Orrick |
| vs. | **STIPULATION TO DISMISS DEFENDANT DAVID BROOKS** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, S.N., et al., and Defendant David Brooks, by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this Court enter a dismissal of Defendant David Brooks only, with prejudice. The Parties shall bear their own costs and attorney fees.

IT IS SO STIPULATED.

DATED: January 2026                    LAW OFFICES OF DALE K. GALIPO

                                       By: _____
                                           Dale K. Galipo

-1-
STIPULATION TO DISMISS DEFENDANT DAVID BROOKS

|   |   |
|---|---|
| 1 | Renee V. Masongsong |
| 2 | Attorney for Plaintiffs |

DATED: January 2026         THE MITCHELL LAW FIRM, LLP

By_____
Nicholas R. Kloeppel
Attorneys for David Brooks