1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-09447-WHO<br><br>Assigned to:<br>Hon. District Judge William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS DEFENDANT DAVID BROOKS** |

-2-

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the parties' Stipulation to Dismiss Defendant David Brooks with prejudice, is Granted. The Parties shall bear their own costs and attorney fees.

IT IS SO ORDERED

Dated: _____
Hon. William H. Orrick
United States District Judge