1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

S.N., et al.,

        Plaintiffs,

vs.

STATE OF CALIFORNIA, et al.,

        Defendants.

Case No. 3:24-cv-09447-WHO

Assigned to:
Hon. District Judge William H. Orrick

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS DEFENDANT DAVID BROOKS**

-2-

1  IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure,
2  Rule 41(a)(2), the parties' Stipulation to Dismiss Defendant David Brooks with
3  prejudice, is Granted. The Parties shall bear their own costs and attorney fees.
4
5  **IT IS SO ORDERED**
6
7  Dated: January 20, 2026                    _____
8                                             Hon. William H. Orrick
                                               United States District Judge