**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs,* S,N., et al.,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al., | Case No. 3:24-cv-09447-WHO |
| Plaintiffs, | Assigned to: |
| | Hon. District Judge William H. Orrick |
| vs. | |
| STATE OF CALIFORNIA, et al., | **JOINT STIPULATION TO EXTEND DEADLINE TO AMEND/ADD PARTIES FROM MARCH 6, 2026, TO APRIL 10, 2026** |
| Defendants. | |
| | [Proposed] Order *filed concurrently herewith* |

COME NOW, PLAINTIFFS S.N., et al., and Defendants STATE OF
CALIFORNIA, et al., ("the Parties") and hereby stipulate and request as follows:

1. WHEREAS, the current deadline for Plaintiffs to file an amended complaint
   and/or to add additional parties is March 6, 2026 (Dkt. 29).

2. WHEREAS, the Parties have met and conferred regarding whether an
   additional heir of the Decedent in this matter, who is not a named plaintiff in
   this action, is a necessary party.

3. WHEREAS, the Parties jointly stipulate that additional time is necessary for
   the Parties to resolve this issue, including determining whether the additional
   heir shall be named as a plaintiff or nominal defendant.

4. The Parties agree and submit that good cause is warranted to extend the
   current deadline because the Parties are working together to resolve this issue,
   and the Parties anticipate that the additional time will obviate the need for law
   and motion. Additionally, the requested extension will not affect any other
   currently scheduled deadlines or dates set by the Court.

5. Therefore, the Parties respectfully stipulate and request that the deadline to
   file an amended complaint and/or to add additional parties be extended from
   March 6, 2026, to April 10, 2026.

IT IS SO STIPULATED

DATED: March 4, 2026                    LAW OFFICES OF DALE K. GALIPO

                                        By:  _s/ Renee V. Masongsong_____
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        Attorney for Plaintiffs

**JOINT STIPULATION TO EXTEND DEADLINE TO AMEND/ADD PARTIES FROM MARCH 6, 2026, TO
APRIL 10, 2026**

1    DATED:  March 4. 2026                Dean Gazo & Roistacher. LLP

2

3                                         By /s/ Lee. H. Roistacher
                                             Lee. H. Roistacher
4                                            Brooke M. Mesner
                                             Attorneys for State of California and Officer
5                                            Neil Johnson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO EXTEND DEADLINE TO AMEND/ADD PARTIES FROM MARCH 6, 2026, TO
APRIL 10, 2026**