**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.N., et al., | Case No. 3:24-cv-09447-WHO |
| Plaintifs, | Assigned to: |
| vs. | Hon. District Judge William H. Orrick |
| STATE OF CALIFORNIA, et al., | [PROPOSED] ORDER |
| Defendants. | |

1  Having reviewed the Parties' Joint Stipulation, and GOOD CAUSE having been
2  shown, IT IS HEREBY ORDERED as follows:
3     The deadline for Plaintiffs to file an amended complaint and/or add additional
4  parties is extended from March 6, 2026, to April 10, 2026
5
6  IT IS SO ORDERED.
7
8  Dated: March 5, 2026
9                                    _____
10                                    Hon. William H. Orrick
11                                    United States District Judge