**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

Attorneys for Plaintiffs, S.N., CHEE-SHEP NELSON, KE-GAT NELSON, WILLIAM NELSON, JR., AND CINDY MCKINNON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 3:24-cv-09447-WHO<br><br>Assigned to:<br>Hon. District Judge William H. Orrick<br><br>**JOINT STIPULATION ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME ME-GECIK NELSON AS A NOMINAL DEFENDANT**<br><br>[Proposed] Order *filed concurrently herewith* |

**TO THIS HONORABLE COURT:**

COME NOW, Plaintiffs S.N., by and through his guardian ad litem, Vonice Nelson, CHEE-SHEP NELSON, KE-GAT NELSON, WILLIAM NELSON, JR., and CINDY MCKINNON, and Defendants STATE OF CALIFORNIA and NEIL JOHNSON., ("the Parties") and hereby stipulate and request as follows:

1. WHEREAS, the Parties have met and conferred regarding whether an additional heir of the Decedent in this matter, who is not a named plaintiff in this action, is a necessary party. As a result of the meet and confer

-1-

discussions, Plaintiffs intend to file an amended complaint naming Me-Gecik Nelson as a nominal defendant.

2. The incident giving rise to this lawsuit occurred on September 17, 2023. To the Parties' knowledge, Me-Gecik Nelson did not file a claim or complaint relating to this incident.

3. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming Me-Gecik Nelson as a nominal defendant. A copy of Plaintiffs' proposed Second Amended Complaint is attached hereto.

4. Plaintiffs shall file their Second Amended Complaint within seven days of this Court's order granting this stipulation.

IT IS SO STIPULATED.

DATED: April 2, 2026                    LAW OFFICES OF DALE K. GALIPO

                                        By:  s/ Dale K. Galipo
                                        _____
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        Attorneys for Plaintiffs, S.N., et al.

DATED: April 2, 2026                    DEAN GAZZO & ROISTACHER LLP

                                        By:  s/ Lee H. Roistacher
                                        _____
                                        Lee. H. Roistacher
                                        Brooke M. Mesner
                                        Attorneys for State of California and
                                        Officer Neil Johnson

-2-

JOINT STIPULATION ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME ME-GECIK NELSON AS A NOMINAL DEFENDANT