# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al., | Case No. 3:24-cv-09447-WHO |
| Plaintiffs, | Assigned to:<br>Hon. District Judge William H. Orrick |
| vs. | **[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME ME-GECIK NELSON AS A NOMINAL DEFENDANT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Stipulation IT IS HEREBY ORDERED as follows:

1. Plaintiffs may file a Second Amended Complaint for the purpose of naming Me-Gecik Nelson as a nominal defendant.

2. Plaintiffs shall file their Second Amended Complaint within seven days of this order.

/ / /

/ / /

[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME ME-GECIK NELSON AS A NOMINAL DEFENDANT

3. The currently named defendants shall accept service of the amended complaint electronically.

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable William H. Orrick
U.S. District Court Judge

[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME ME-GECIK NELSON AS A NOMINAL DEFENDANT