# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al.,<br><br>              Plaintiffs,<br><br>    vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants. | Case No. 3:24-cv-09447-WHO<br><br>Assigned to:<br>Hon. District Judge William H. Orrick<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME ME-GECIK NELSON AS A NOMINAL DEFENDANT |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Stipulation IT IS HEREBY ORDERED as follows:

1. Plaintiffs may file a Second Amended Complaint for the purpose of naming Me-Gecik Nelson as a nominal defendant.

2. Plaintiffs shall file their Second Amended Complaint within seven days of this order.

/ / /

/ / /

-1-
[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME
ME-GECIK NELSON AS A NOMINAL DEFENDANT

3. The currently named defendants shall accept service of the amended complaint electronically.

**IT IS SO ORDERED.**

DATED:  **April 3, 2026**

Honorable William H. Orrick
U.S. District Court Judge

[PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT TO NAME
ME-GECIK NELSON AS A NOMINAL DEFENDANT