# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** April 7, 2026 | **Time:** 7 minutes 2:09 p.m. to 2:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-09447-WHO | **Case Name:** S.N. v. State of California | |

**Attorney for Plaintiffs:**    Renee Masongsong
**Attorney for Defendant:**    Brooke M. Mesner

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Stephen Franklin

### PROCEEDINGS

Case Management Conference conducted via videoconference. The parties' proposed schedule is adopted with the modifications noted below. The timing of the deposition of Officer Johnson is discussed. The investigation has been completed but the final report has not yet been published. The DOJ investigative file has been produced, as has a statement given by Officer Johnson. It is hoped that the deposition can be conducted well in advance of the fact discovery cutoff.

**Further Case Management Conference set for October 6, 2026 at 2:00 p.m.** Case management statement due September 29, 2026.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | **April 10, 2026** |
| **Fact discovery cutoff:** | **September 25, 2026** |
| **Expert disclosure:** | **October 23, 2026** |
| **Expert rebuttal:** | **November 20, 2026** |
| **Expert discovery cutoff:** | **December 21, 2026** |
| **Dispositive Motions heard by:** | **April 21, 2027** |
| **Pretrial Conference:** | **July 19, 2027 at 2:00 p.m.** |
| **Trial:** | **August 16, 2027 at 8:30 a.m. by Jury** |