**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs,* S,N., et al.,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 3:24-cv-09447-WHO<br><br>Assigned to:<br>Hon. District Judge William H. Orrick<br><br>**PROOF OF SERVICE OF SECOND AMENDED COMPLAINT ON NOMINAL DEFENDANT ME-GECIK NELSON** |

PROOF OF SERVICE OF SECOND AMENDED COMPLAINT ON NOMINAL DEFENDANT ME-GECIK NELSON

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby submit their proof of service of the Second Amended Complaint and Summons, on nominal defendant ME-GECIK NELSON, (attached hereto as Exhibit "A").

DATED: May 26, 2026                    LAW OFFICES OF DALE K. GALIPO

                                       By:  _s/ Dale K. Galipo_
                                            Dale K. Galipo
                                            Renee V. Masongsong
                                            Attorney for Plaintiffs

Case No. 3:24-cv-09447-WHO

PROOF OF SERVICE OF SECOND AMENDED COMPLAINT ON NOMINAL DEFENDANT ME-GECIK NELSON

# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, deceased; and CINDY MCKINNON, individually, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  3:24-cv-09447-WHO |
| STATE OF CALIFORNIA; NEIL JOHNSON; ME-GECIK NELSON, individually and nominally; and DOES 1-10, inclusive, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

Second Amended Complaint
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  STATE OF CALIFORNIA; NEIL JOHNSON; and ME-GECIK NELSON

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo
Renee V. Masongsong
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:     4/9/2026 _____          _____Thelma Nudo_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-09447-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **ME-GECIK NELSON**

was received by me on *(date)*        **5/1/2026**        .

❏ I personally served the summons on the individual at *(place)*

_____   on *(date)*              ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* **I left the summons at the individual's residence or usual place of abode with "Jane Doe" (Native American, Female, 45 yrs, 350 lbs, 5'4", Black Hair) Subject's Mother, a person of suitable age and discretion who resides there, on 5/13/2026 at 1:35 PM**

My fees are $ _____ for travel and $ _____ for services, for a total of $    **716.50**    .

I declare under penalty of perjury that this information is true.

Date:      **5/21/2026**

*Cynthia Mitchell*
*Server's signature*

**Cynthia Mitchell**
*Printed name and title*

**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: 17-04 / County: HUMBOLDT**
*Server's address*

Additional information regarding attempted service, etc:

**In addition to the Summons, the following documents, "SECOND AMENDED COMPLAINT, CIVIL MINUTES, CIVIL COVER SHEET", were also served.**

**Please see attached "Proof of Service By Mail and Declaration of Due-Diligence"**

# DECLARATION OF DUE-DILIGENCE

CASE NAME:    **S.N., by and through his G.A.L. Vonice Nelson; et al.**
              **v.**
              **State of California; et al.**

CASE NUMBER:    **3:24-cv-09447-WHO**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action.  I received the within process on  May 1, 2026 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named:  **Summons; SECOND AMENDED COMPLAINT;CIVIL MINUTES;CIVIL COVER SHEET**

Name:             **ME-GECIK NELSON**

1st Address:      **1217 Railroad Drive**
                  **McKinleyville, CA 95519**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|------|------|--------|--------|
| 5/1/2026 | 6:02 PM | Cynthia Mitchell | I arrived at the address given for service of process. The address corresponds to a residence. Upon arrival, I observed that the residence appeared quiet and the blinds were closed. A Toyota Tercel bearing California license plate 9N66067 was present at the location. I knocked on the door and waited several minutes, but no one answered. |
| 5/2/2026 | 12:55 PM | Cynthia Mitchell | I arrived at the address given for service of process. No vehicles were present, and no activity was observed at the residence. The blinds were closed. I knocked on the door several times but received no response. |
| 5/4/2026 | 8:14 AM | Cynthia Mitchell | I arrived at the address given for service of process. No changes were observed at the residence. I knocked on the door, but there was still no response. |
| 5/5/2026 | 4:15 PM | Cynthia Mitchell | I arrived at the address given for service of process. There were no signs of activity at the residence, and no vehicles were observed. I knocked on the door several times but received no response. I also knocked on a neighboring residence, but there was no response. |
| 5/6/2026 | 6:29 PM | Cynthia Mitchell | I arrived at the address given for service of process. I knocked on the door several times but received no response. The residence was quiet, and no activity was observed. |

Continued on next page

Continued from prior page

# DECLARATION OF DUE-DILIGENCE

CASENAME:    **S.N., by and through his G.A.L. Vonice Nelson; et al.**
**v.**
**State of California; et al.**

CASE NUMBER:    **3:24-cv-09447-WHO**

| Date | Time | Server | Result |
|------|------|--------|--------|
| 5/7/2026 | 2:45 PM | Cynthia Mitchell | I arrived at the address given for service of process. No changes were observed at the residence. I knocked on the door several times but received no response. |
| 5/13/2026 | 1:35 PM | Cynthia Mitchell | I arrived at the address given for service of process. I was able to make contact with a "Jane Doe," who identified herself as the subject's mother. As such I was able to substitute serve "Jane Doe" (Native American, Female, 45 yrs, 350 lbs, 5'4", Black hair), Subject's Mother, on behalf of Me-Gecik Nelson. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2026 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

**Cynthia Mitchell**

Page 2

Order#: 2582864/POS5

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Dale K. Galipo (SBN 144074)<br>Renee V. Masongsong (SBN 281819)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* | *FOR COURT USE ONLY* |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: **450 Golden Gate Avenue, Box 36060**

CITY AND ZIP CODE: **San Francisco, CA 94102**

BRANCH NAME: **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF/PETITIONER: S.N., by and through his G.A.L. Vonice Nelson; et al.<br>DEFENDANT/RESPONDENT: STATE OF CALIFORNIA; et al. | CASE NUMBER:<br>3:24-cv-09447-WHO |
| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.:<br>2582864GG |

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; SECOND AMENDED COMPLAINT;CIVIL MINUTES;CIVIL COVER SHEET

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

   a. Date of Mailing:           May 15, 2026

   b. Place of Mailing:          Los Angeles, CA

   c. Addressed as follows:      ME-GECIK NELSON

                                 1217 Railroad Drive

                                 McKinleyville, CA 95519

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United'States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of  business.

Fee for Service:  . 00

**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900**
**Los Angeles, CA 90017**
**(213) 623-3979**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **May 21, 2026**.

Signature:_____

Chantel Moreno
(Signature

**PROOF OF SERVICE BY MAIL**

Order#: 2582864/mailproof