**SKAPIK LAW GROUP**
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
Matthew T. Falkenstein (SBN 333302)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883

Attorneys for Cross Complainant and Nominal Defendant ME-GECIK NELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, DECEASED; and CINDY MCKINNON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; NEIL JOHNSON; ME-GECIK NELSON, individually and nominally; and DOES 1-10, inclusive,<br><br>Defendants.<br>_____<br><br>ME-GECIK NELSON, individually and as successor-in-interest to WILLIAM NELSON, DECEASED,<br><br>Cross-Complainant<br><br>v.<br><br>NEIL JOHNSON; and DOES 1-10, inclusive,<br><br>Cross-Defendants | Case No.: 3:24-cv-09447-WHO<br><br>**NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

- 1 -

**ANSWER**

Comes now, Nominal Defendant ME-GECIK NELSON ("Nominal Defendant"), who hereby answers the Second Amended Complaint of Plaintiffs S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON JR., individually and as successors in interest to WILLIAM NELSON, DECEASED; and CINDY MCKINNON, individually (ECF Dkt. # 39). Nominal Defendant ME-GECIK NELSON hereby denies any and all general allegations, and further admits or denies specific allegations of the Second Amended Complaint (ECF Dkt. # 39) as follows:

**JURISDICTION AND VENUE**

1. Answering Paragraph 1 of the Second Amended Complaint ("SAC"), on information and belief, Nominal Defendant admits the allegations in this paragraph.

2. Answer Paragraph 2 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

**PARTIES**

3. Answering Paragraph 3 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

4. Answering Paragraph 4 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

5. Answering Paragraph 5 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

6. Answering Paragraph 6 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

7. Answering Paragraph 7 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

8. Answering Paragraph 8 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

9.    Answering Paragraph 9 of the SAC, Nominal Defendant admits that he is over the age of 18, is the biological son of WILLIAM NELSON, DECEASED, and that he is a resident of McKinleyville, California. Nominal Defendant admits that he did not present a tort claim pursuant to Government Code § 910, *et seq*. Nominal Defendant admits that he is not represented by Plaintiffs' counsel, and that he has retained his own counsel. Nominal Defendant asserts his claims as an individual and as successor-in-interest to WILLIAM NELSON, DECEASED, in the cross complaint filed concurrently herewith. Nominal Defendant admits that he is a necessary party for Plaintiffs' wrongful death claims. Nominal Defendant, on information and belief, otherwise admits the allegations in this paragraph.

10.    Answering Paragraph 10 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

11.    Answering Paragraph 11 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

12.    Answering Paragraph 12 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

13.    Answering Paragraph 13 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

14.    Answering Paragraph 14 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

15.    Answering Paragraph 15 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

16.    Answering Paragraph 16 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

17.    Answering Paragraph 17 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

18.    Answering Paragraph 18 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

19.    Answering Paragraph 19 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

20.    Answering Paragraph 20 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

21.    Answering Paragraph 21 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

22.    Answering Paragraph 22 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

23.    Answering Paragraph 23 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

24.    Answering Paragraph 24 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

25.    Answering Paragraph 25 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

26.    Answering Paragraph 26 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

27.    Answering Paragraph 27 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

28.    Answering Paragraph 28 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

29.    Answering Paragraph 29 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

30.    Answering Paragraph 30 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

31.    Answering Paragraph 31 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

32.     Answering Paragraph 32 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

33.     Answering Paragraph 33 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

34.     Answering Paragraph 34 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

35.     Answering Paragraph 35 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Unreasonable Search and Seizure/Detention and Arrest

### (42 U.S.C. § 1983)

36.     Answering Paragraph 36 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

37.     Answering Paragraph 37 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

38.     Answering Paragraph 38 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

39.     Answering Paragraph 39 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

40.     Answering Paragraph 40 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

41.     Answering Paragraph 41 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

42.     Answering Paragraph 42 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

43.     Answering Paragraph 43 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

44. Answering Paragraph 44 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

45. Answering Paragraph 45 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – Excessive Force (42 U.S.C. § 1983)

46. Answering Paragraph 46 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

47. Answering Paragraph 47 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

48. Answering Paragraph 48 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

49. Answering Paragraph 49 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

50. Answering Paragraph 50 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

51. Answering Paragraph 51 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

52. Answering Paragraph 52 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

53. Answering Paragraph 53 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

54. Answering Paragraph 54 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

55. Answering Paragraph 55 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

56. Answering Paragraph 56 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

57.   Answering Paragraph 57 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

### THIRD CLAIM FOR RELIEF

### Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

58.   Answering Paragraph 58 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

59.   Answering Paragraph 59 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

60.   Answering Paragraph 60 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

61.   Answering Paragraph 61 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

62.   Answering Paragraph 62 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

63.   Answering Paragraph 63 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

64.   Answering Paragraph 64 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

65.   Answering Paragraph 65 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

66.   Answering Paragraph 66 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

### FOURTH CLAIM FOR RELIEF

### Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983)

67.   Answering Paragraph 67 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

68.   Answering Paragraph 68 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

69.     Answering Paragraph 69 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

70.     Answering Paragraph 70 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

71.     Answering Paragraph 71 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

72.     Answering Paragraph 72 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

73.     Answering Paragraph 73 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

74.     Answering Paragraph 74 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

75.     Answering Paragraph 75 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

### FIFTH CLAIM FOR RELIEF

**False Arrest/False Imprisonment**

76.     Answering Paragraph 76 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

77.     Answering Paragraph 77 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

78.     Answering Paragraph 78 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

79.     Answering Paragraph 79 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

80.     Answering Paragraph 80 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

81.     Answering Paragraph 81 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

82. Answering Paragraph 82 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

83. Answering Paragraph 83 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

## SIXTH CLAIM FOR RELIEF

### Battery (Wrongful Death and Survival)

84. Answering Paragraph 84 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

85. Answering Paragraph 85 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

86. Answering Paragraph 86 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

87. Answering Paragraph 87 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

88. Answering Paragraph 88 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

89. Answering Paragraph 89 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

## SEVENTH CLAIM FOR RELIEF

### Negligence (Wrongful Death and Survival)

90. Answering Paragraph 90 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

91. Answering Paragraph 91 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

92. Answering Paragraph 92 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph. Further, on information and belief, Nominal Defendant admits the allegations contained in each sub-paragraph of this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

93. Answering Paragraph 93 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

94. Answering Paragraph 94 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

95. Answering Paragraph 95 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

### EIGHTH CLAIM FOR RELIEF

**Violation of Cal. Civil Code § 52.1**

96. Answering Paragraph 96 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

97. Answering Paragraph 97 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

98. Answering Paragraph 98 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

99. Answering Paragraph 99 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

100. Answering Paragraph 100 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

101. Answering Paragraph 101 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

102. Answering Paragraph 102 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

103. Answering Paragraph 103 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

104. Answering Paragraph 104 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

105. Answering Paragraph 105 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

106. Answering Paragraph 106 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

107. Answering Paragraph 107 of the SAC, on information and belief, Nominal Defendant admits the allegations in this paragraph.

SKAPIK LAW GROUP

Dated: June 3, 2026                    By:    */s/ Matthew T. Falkenstein*
                                              Mark J. Skapik
                                              Geralyn L. Skapik
                                              Blair J. Berkley
                                              Matthew T. Falkenstein
                                              Attorneys for Cross-Complainant and
                                              Nominal Defendant ME-GECIK
                                              NELSON

NOMINAL DEFENDANT ME-GECIK NELSON'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT