**SKAPIK LAW GROUP**
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
Matthew T. Falkenstein (SBN 333302)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883

Attorneys for Cross Complainant and Nominal Defendant ME-GECIK NELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, DECEASED; and CINDY MCKINNON, individually, | Case No.: 3:24-cv-09447-WHO |
| Plaintiffs, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| STATE OF CALIFORNIA;NEIL JOHNSON; ME-GECIK NELSON, individually and nominally; and DOES 1-10, inclusive, | |
| Defendants. | |
| _____ | |
| ME-GECIK NELSON, individually and as successor-in-interest to WILLIAM NELSON, DECEASED, | |
| Cross-Complainant | |
| v. | |
| NEIL JOHNSON; and DOES 1-10, inclusive, | |
| Cross-Defendants | |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Cross- Complainant, ME-GECIK NELSON, individually and as successor-in-interest to WILLIAM "WILLIE" NELSON, DECEASED, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION AND INTEREST |
|---|---|
| 1. S.N., by and through his G.A.L. Vonice Nelson | 1. Plaintiff |
| 2. Chee-Shep Nelson | 2. Plaintiff |
| 3. Ke-Gat Nelson | 3. Plaintiff |
| 4. William Nelson, JR., individually and as successors-in-interest to William Nelson, Deceased | 4. Plaintiff |
| 5. Cindy McKinnon | 5. Plaintiff |
| 6. State Of California | 6. Defendant |
| 7. Me-Gecik Nelson, individually and as successor-in-interest to William Nelson, Deceased | 7. Nominal Defendant/Cross-Complainant |
| 8. Neil Johnson | 8. Defendant/Cross-Defendants |

SKAPIK LAW GROUP

Dated: June 3, 2026

By:    /s/ Matthew T. Falkenstein
Mark J. Skapik
Geralyn L. Skapik
Matthew T. Falkenstein
Attorneys for Cross-Complainant and
Nominal Defendant ME-GECIK
NELSON

- 2 -
NOTICE OF INTERESTED PARTIES