Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
            bmesner@deangazzo.com

Attorneys for Defendant
State of California and Defendant/Cross-Defendant
Officer Neil Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, deceased; and CINDY MCKINNON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; NEIL JOHNSON; ME-GECIK NELSON, individually and nominally; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.:   3:24-cv-09447-WHO<br><br>**JOINT STIPULATION TO CONTINUE FACT DISCOERY DEADLINE AND RELATED DATES**<br><br>Courtroom:    2<br>Judge:           Hon. William H. Orrick<br><br>Complaint Filed: October 14, 2024<br>Trial Date: None set |

**TO THE HONORABLE COURT:**

This stipulation is entered into by and between plaintiffs, S.N. by and through his G.A.L. Vonice Nelson, Chee-Shep Nelson, Ke-Gat Nelson, William Nelson, Jr., and Cindy Mckinnon; nominal-defendant Me-Gecik Nelson; and defendants State of California and Neil Johnson, by and through their undersigned counsel to modify the operative Scheduling Order [Doc. 29]. The parties stipulate to continue the fact discovery deadline and all pretrial related dates as detailed below:

1

1. The fact discovery cut off is currently set for September 25, 2026. [Doc. 29] The parties seek to continue the fact discovery deadline to February 25, 2027, and all trial related deadlines in accordance with this continuance.

2. This is the parties first request to continue the fact discovery cutoff and related pretrial deadlines.

3. Plaintiffs' operative complaint asserts federal civil rights and state law tort claims arising from the September 17, 2023, officer-involved shooting of decedent William Nelson by defendant California Highway Patrol Officer Neil Johnson.

4. Because the decedent was "unarmed" as defined by California Government Code § 12525.3, the California Department of Justice (DOJ) is required to and has been conducting a criminal investigation into the officer involved shooting to determine whether criminal charges are warranted against Officer Johnson. The DOJ's investigation is on-going. The parties generally agree that the investigation is likely complete, but the DOJ has not yet issued its final report or findings, and it is unknown when those materials will be released.

5. Plaintiffs will depose Officer Johnson. However, because the DOJ investigation remains pending, Officer Johnson's deposition presents potential Fifth Amendment concerns. A continuance will allow additional time for the DOJ to publish its report and findings and eliminate Fifth Amendment considerations.

6. Defendants will take the deposition of the five plaintiffs, as well as nominal defendant Me-Gecik Nelson. The continuance will allow proper scheduling and coordination to take the deposition of all six parties and partake in additional discovery that may arise from their depositions.

7. Plaintiffs and defendants have largely completed all written discovery. Nominal defendant Me-Gecik Nelson first appeared in this action on June 3, 2026. Written discovery has not yet been completed as it pertains to Me-Gecik, and the requested continuance will permit the parties to conduct this discovery.

8. Lastly, counsel for defendants, Brooke M. Mesner, is expected to begin maternity leave in the beginning of September 2026. Although Dean Gazzo Roistacher LLP including

2

attorney of record, Lee Roistacher, will continue to represent defendants and actively litigate this matter during her leave, a continuance will facilitate an orderly transition of responsibilities between attorneys, ensure continuity of representation, and allow the defendants to prepare and present its defense without unnecessary prejudice.

9.  Absent a continuance, the parties will suffer substantial prejudice.

**WHEREAS**, for good cause and pursuant to Fed. R. Civ. P. 16(b)(4), the parties in this case submit for the Court's consideration the following:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact discovery cutoff: | September 25, 2026 | February 25, 2027 |
| Expert disclosure: | October 23, 2026 | March 29, 2027 |
| Expert rebuttal | November 20, 2026 | April 28, 2027 |
| Expert discovery cutoff: | December 21, 2026 | May 28, 2027 |
| Dispositive motions heard by: | April 21, 2027 | September 29, 2027 |
| Pretrial conference: | August 9, 2027, at 2:00 p.m. | January 17, 2028, at 2:00 p.m. |
| Trial | September 7, 2027 at 8:30 a.m. by jury | February 15, 2028, at 8:30 a.m. by jury |

**IT IS SO STIPULATED.**

Dated: August 7, 2026                    Dean Gazzo Roistacher LLP

By: _/s/ Brooke M. Mesner_
Lee H. Roistacher
Brooke Mesner
Attorneys for Defendant and
State of California and Defendant/Cross-Defendant Officer Neil Johnson

///

///

Case No. 1:24-cv-09447-WHO

Dated: August 7, 2026                    Law Offices of Dale K. Galipo


By: /s/ Renee V. Masongsong
Dale Kristopher Galipo
Renee V. Masongsong
Attorneys for Plaintiff


Dated: August 7, 2026                    Skapik Law Group


By: /s/ Geralyn L. Skapik
Mark J. Skapik
Geralyn L. Skapik
Blair J. Berkley
Matthew T. Falkenstein
Attorneys for Cross Complainant and
Nominal Defendant Me-Gecik Nelson

## SIGNATURE CERTIFICATION

I Brooke M. Mesner, certify that the content of this document is acceptable to all counsel and that I have obtained authorization from all counsel to affix their electronic signatures to this document.


Dated: August 7, 2026                    /s/ Brooke M. Mesner
Brooke M. Mesner

4

Case No. 1:24-cv-09447-WHO