Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendant
State of California and Defendant/Cross-Defendant
Officer Neil Johnson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, deceased; and CINDY MCKINNON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; NEIL JOHNSON; ME-GECIK NELSON, individually and nominally; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.:   3:24-cv-09447-WHO<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT DISCOERY DEADLINE AND RELATED DATES<br><br>Courtroom:    2<br>Judge:          Hon. William H. Orrick<br><br>Complaint Filed: October 14, 2024<br>Trial Date: None set |

Having reviewed the Parties' Stipulation, IT IS HEREBY ORDERED as follows, Based on review of the parties' stipulation and joint request to continue the fact discovery deadline and related dates, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. The scheduling order be amended as follows:

///

///

///

1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact discovery cutoff: | September 25, 2026 | February 25, 2027 |
| Expert disclosure: | October 23, 2026 | March 29, 2027 |
| Expert rebuttal | November 20, 2026 | April 28, 2027 |
| Expert discovery cutoff: | December 21, 2026 | May 28, 2027 |
| Dispositive motions heard by: | April 21, 2027 | September 29, 2027 |
| Pretrial conference: | August 9, 2027, at 2:00 p.m. | January 17, 2028, at 2:00 p.m. |
| Trial | September 7, 2027, at 8:30 a.m. by jury | February 15, 2028, at 8:30 a.m. by jury |

IT IS SO ORDERED

Dated:  August 7, 2026



_____

Hon. William H. Orrick