**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** October 6, 2026 | **Time:** 2 minutes<br>1:59 p.m. to 2:01 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 24-cv-09447-WHO | **Case Name:** S.N. v. State of California | |

**Attorney for Plaintiffs:** Renee Masonson
**Attorney for Defendants:** Aleries Lau

**Deputy Clerk:** Jean Davis **Court Reporter:** Andrea Bluedorn

**PROCEEDINGS**

Case Management Conference conducted via videoconference. The CA DOJ investigation has concluded and the report is publicly available. Counsel are working on completion of depositions. The Court encourages parties to look at whether the trial date could be moved forward but the current schedule is acceptable.

**Further Case Management Conference set for April 6, 2027 at 2:00 p.m.** Case management statement due March 30, 2027.