**SKAPIK LAW GROUP**
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Roxanne A. Markus (SBN 362400)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883

Attorneys for Cross Complainant and Nominal Defendant ME-GECIK NELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N., by and through his G.A.L. Vonice Nelson; CHEE-SHEP NELSON; KE-GAT NELSON; WILLIAM NELSON, JR., individually and as successors-in-interest to WILLIAM NELSON, DECEASED; and CINDY MCKINNON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; NEIL JOHNSON; ME-GECIK NELSON, individually and nominally; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>---<br><br>ME-GECIK NELSON, individually and as successor-in-interest to WILLIAM NELSON, DECEASED,<br><br>Cross-Complainant<br><br>v.<br><br>NEIL JOHNSON; and DOES 1-10, inclusive,<br><br>Cross Defendants | Case No.: 3:24-cv-09447-WHO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew T. Falkenstein hereby withdraws as counsel of record on behalf of Plaintiff, Cross Complainant and Nominal Defendant ME-GECIK NELSON, in the above-entitled action, as Mr. Falkenstein is no longer associated with the law firm of Skapik Law Group. Skapik Law Group continues to represent Plaintiff in this action through its remaining attorneys of record.

Please remove Matthew T. Falkenstein from the service list for all further pleadings and correspondence. All further pleadings and correspondence should continue to be served on Skapik Law Group.

Matthew T. Falkenstein (SBN 333302)
SKAPIK LAW GROUP
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883
Email: mfalkenstein@skapiklaw.com

SKAPIK LAW GROUP

Dated: October 21, 2026,

By: _ /s/ *Mark J. Skapik*
Mark J. Skapik
Geralyn L. Skapik
Roxanne A. Markus
Attorneys for Plaintiff